1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WASHINGTON,<br><br>  Petitioner,<br><br>  v.<br><br>JOE LIZARRAGA,<br><br>  Respondent. | Case No.   1:20-cv-00953-JDP (HC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Petitioner James Washington, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254.  ECF No. 1.  The petitioner challenges his conviction from the Sacramento County Superior Court and is currently incarcerated at Mule Creek State Prison in Amador County.  Both the court of his conviction and his place of incarceration are located in the judicial district of the Sacramento Division of the United States District Court for the Eastern District of California.  Under 28 U.S.C. § 2241(d), venue is proper in the judicial district where the petitioner was convicted or the judicial district where petitioner is incarcerated.  Therefore, venue is proper in the Sacramento Division of this court.  *See id*.  Pursuant to Local Rule 120(f), a civil action that has not been commenced in the appropriate court may, on the court's own motion, be transferred.  Therefore, we will transfer this action to the Sacramento Division.

**Order**

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento.

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

   United States District Court
   Eastern District of California
   501 "I" Street, Suite 4-200
   Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   July 10, 2020                                      _____
                                                            UNITED STATES MAGISTRATE JUDGE

No. 206.

2