**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES WASHINGTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOE LIZARRAGA,<br><br>　　　　　Respondent. | No.  2:20-CV-01396-JAM-DMC-P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court are Petitioner's and Respondent's respective motions for extensions of time. ECF Nos. 18, 22. Per the Court's order requiring Respondent to file a response to the petition, Respondent filed a motion to dismiss on October 2, 2020. ECF No. 16. Petitioner filed a motion for an extension of time to file an opposition to the motion to dismiss on October 28, 2020. ECF No. 18. The Court has yet to address Petitioner's motion. Petitioner subsequently filed an opposition on December 3, 2020. ECF No. 21. He also filed a motion for permission to file an opposition. ECF No. 20. Respondent has now filed a motion for an extension of time to reply to Petitioner's opposition. ECF No. 22.

///

///

///

1

The Court grants both parties' motions for an extension of time. Petitioner's opposition is deemed timely filed. The Court will extend the time for Respondent to reply to Petitioner's opposition for 30 days. Petitioner's motion for leave to file an opposition is denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time to file an opposition to Respondent's motion to dismiss is GRANTED.

2. Petitioner's opposition filed on December 3, 2020, is deemed timely;

3. Respondent's motion for an extension of time to file a reply to Petitioner's opposition to Respondent's motion to dismiss is GRANTED. Respondent shall have 30 days from the date of this order to file a reply.

4. Petitioner's motion for leave to file an opposition is DENIED as unnecessary, Petitioner having already filed an opposition that the Court has found timely.

Dated: December 22, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE