IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WASHINGTON, | 2:20-cv-01396-JAM-DMC |
| Petitioner, | |
| v. | ORDER |
| JOE LIZARRAGA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Respondent's motion for an extension of time to respond to Petitioner's opposition to Respondent's motion to dismiss. ECF No. 22. Good cause appearing, the Court GRANTS Respondent's motion for an extension of time. Respondent's response to Petitioner's opposition to Respondent's motion to dismiss shall be filed on or before January 14, 2021.

IT IS SO ORDERED.

Dated:  December 22, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE