1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    JAMES WASHINGTON,                    No.  2:20-CV-01396-JAM-DMC-P

12                  Petitioner,

13          v.                             ORDER

14    JOE LIZARRAGA,

15                  Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254. The Court's previous order at ECF No. 24, dated

19    December 22, 2020, granting Respondent until January 14, 2021, to file a reply to Petitioner's

20    opposition to Respondent's motion to dismiss is vacated as having been issued in error. The

21    Court's order at ECF No. 23 granting Respondent 30 days from the date of that order to reply to

22    Petitioner's opposition to Respondent's motion to dismiss remains in force.

23          IT IS SO ORDERED.

24

25    Dated:  December 29, 2020

26                                         _____

                                           DENNIS M. COTA
27                                         UNITED STATES MAGISTRATE JUDGE

28

                                           1